NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERDIGITAL COMMUNICATIONS, LLC, INTERDIGITAL TECHNOLOGY CORPORATION, AND IPR LICENSING, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., AND LG ELECTRONICS MOBILECOMM USA, INC.,**
*Intervenors.*

---

2012-1628

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-800.

---

ON MOTION

---

ORDER

Upon consideration of LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Mobilecomm USA, Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

SEP 1 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard P. Bress, Esq.
Panyin Hughes, Esq.
Michael J. McKeon, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 4 2012

JAN HORBALY
CLERK